

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00099-CR

Robert **CANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 477928
Honorable Genie Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 2, 2015.

_____
Karen Angelini, Justice